

FILED

MAR 0 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 10-09-H-CCL |
| Plaintiff/Respondent, | |
| vs. | ORDER |
| WILLIAM MICHAEL LAPP, JR., | |
| Defendant/Movant. | |

William Michael Lapp, Jr., Movant in the above-entitled action, having filed a Motion for Extension of Time, Government having no objections and good cause appearing;

IT IS HEREBY ORDERED that an extension of time of fourteen (14) days for the filing of the Reply is granted. The Reply to the United States Response to Movant's Second Motion Under 28 U.S.C. § 2255 is now due **Friday, March 10, 2017.**

DATED this 2nd day of March, 2017.

CHARLES C. LOVELL
UNITED STATES DISTRICT JUDGE